**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7901**

———————

ISAAC EUGENE SLAPPY,

                                    Petitioner - Appellant,

        versus

RICHARD E. BAZZLE, Warden, Perry Correctional
Institution,

                                    Respondent - Appellee,

        and

A. L. BOWERS, Corporal; ROBERT MURRAY,
Captain,

                                    Respondents.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-05-14-0-DCN)

———————

Submitted: April 27, 2006            Decided: May 4, 2006

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Isaac Eugene Slappy, Appellant Pro Se.  Robert E. Peterson, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaac Eugene Slappy, a state prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and conclude on the reasoning of the district court that Slappy has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Slappy v. Bazzle</u>, No. CA-05-14-0-DCN (D.S.C. Nov. 22, 2005). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>